IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00232-ZLW-MEH

LARRY L. GRAHAM,

        Plaintiff,

v.

TREATY OAK FINANCIAL CORPORATION
n/k/a AFFILIATED FINANCIAL SERVICES CORPORATION and
TERRY W. HAMANN,

        Defendants.

_____

ORDER
_____

        This matter was before the Court on June 28, 2007, for oral argument on

Defendants' Motion To Dismiss And Compel Arbitration, Or In the Alternative, To Stay

Proceedings.  The Court heard the arguments and statements of counsel, and made

oral conclusions of law which are incorporated herein by reference as if fully set forth.

Accordingly, it is

        ORDERED that Defendants' Motion To Dismiss And Compel Arbitration (Doc.

No. 14) is denied as to Defendant Treaty Oak Financial Corp. n/k/a Affiliated Financial

Services Corp.  It is

        FURTHER ORDERED that Defendants' Motion To Dismiss And Compel

Arbitration (Doc. No. 14) is granted as to Defendant Terry W. Hamann.  It is

FURTHER ORDERED that the Amended Complaint and cause of action are dismissed as against Defendant Hamann, and Plaintiff's claim against Defendant Hamann shall be arbitrated before the National Association of Securities Dealers.  It is

FURTHER ORDERED that Defendants' alternative Motion To Stay Proceedings (Doc. No. 14) is denied.

DATED at Denver, Colorado, this ___6___ day of July, 2007.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK,  Senior Judge
United States District Court