IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00232-ZLW-MEH

LARRY L. GRAHAM,

    Plaintiff,

v.

TREATY OAK FINANCIAL CORPORATION n/k/a AFFILIATED FINANCIAL SERVICES CORPORATION,

    Defendants.

---

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO WITHDRAW DEFENDANT AFFILIATED FINANCIAL SERVICES
CORPORATION'S MOTION TO STAY
LITIGATION PENDING APPEAL

---

This matter comes before the Court on the Unopposed Motion for Leave to Withdraw Defendant Affiliated Financial Services Corporation's Motion to Stay Litigation Pending Appeal, and the Court, having read that Motion, hereby orders as follows:

1. The Unopposed Motion for Leave to Withdraw Defendant Affiliated Financial Services Corporation's Motion to Stay Litigation Pending Appeal is granted.

2. Defendant Affiliated Financial Services Corporation's Motion to Stay Litigation Pending Appeal (Docket No. 38) is hereby deemed withdrawn.

Entered this  22  day of  August , 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court