IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00232-ZLW-KLM

LARRY L.  GRAHAM,

    Plaintiff(s),

v.

TREATY OAK FINANCIAL CORPORATION,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Uncontested Motion to Take Depositions After Deadline for Completion of Discovery** [Docket No. 56; filed November 2, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Scheduling Order is amended as follows:

a) December 18, 2007 at 9:00 a.m. - Deposition of Robert M. Gioia;

b) December 19, 2007 at 8:00 a.m. - Deposition of Geoff Krieger;

c) December 19, 2007 at 1:00 p.m. - Deposition of Donny Hurwitz;

d) December 20, 2007 at 8:00 a.m. - Deposition of Terry W. Hamann;

e) December 20, 2007 at 1:00 p.m. - Deposition of Ken Shade;

b) December 21, 2007 at 9:00 a.m. - Deposition of Fed. R. Civ. P. 30(b)(6) representative of Defendant Affiliated Financial Services Corporation.

Dated:  November 6, 2007