IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00232-ZLW-KLM

LARRY L. GRAHAM,

    Plaintiff,

v.

TREATY OAK FINANCIAL CORPORATION n/k/a AFFILIATED FINANCIAL SERVICES CORPORATION,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: February __20__, 2008

    It is ORDERED that Defendant's Motion For Permission To Have Representative Attend Hearing By Telephone (Doc. No. 77) is granted, over objection. Mr. Hamann is directed to call Chambers (303-844-2784) at 1:55 p.m. on Thursday, February 21, 2008. Mr. Hamann is directed to use a land line; no cellular, cordless, or speaker phones are permitted.