IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00232-ZLW-KLM

LARRY L. GRAHAM,

    Plaintiff(s),

v.

TREATY OAK FINANCIAL CORPORATION,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Vacate Final Pre-Trial Conference of March 11, 2008** [Docket No. 84; filed March 6, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference currently set for March 11, 2008 is **VACATED**.

    Dated: March 10, 2008