IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00232-ZLW-KLM

LARRY L. GRAHAM,

    Plaintiff,

v.

TREATY OAK FINANCIAL CORPORATION n/k/a AFFILIATED FINANCIAL SERVICES CORPORATION,

    Defendant.

---

## ORDER

---

The matter before the Court is Plaintiff's Motion For Entry Of Default Judgment Pursuant To F.R.C.P. 55(b)(2) And Request For Hearing On Damages (Doc. No. 83).

Defendant, a corporation, is required by law to be represented by counsel.[1] A hearing was held on February 21, 2008 at which time Defendant counsel's Motion To Withdraw Appearance was granted on the record.[2] Defendant is presently without counsel. Terry Hamann, legal representative for Defendant, indicated that Defendant was without the financial ability to afford substitute counsel. Therefore, it is appropriate to enter default at this time.

---

[1] See Flora Const. Co. v. Fireman's Fund Ins. Co., 307 F.2d 413, 413-14 (10th Cir. 1962); see also D.C.COLO.LCivR 83.3D.

[2] See Courtroom Minutes (Doc. No. 82; Feb. 21, 2008); Mot. To Withdraw Appearance (Doc. No. 67; Jan. 15, 2008).

At the February 21, 2008 hearing, the Court indicated that the amount of damages will need to be determined at a hearing.  Default judgment can not be entered until damages are calculated.  Accordingly, it is

ORDERED that the clerk enter default pursuant to Fed. R. Civ. P. 55(a) against Defendant Treaty Oak Financial Corporation n/k/a Affiliated Financial Services Corporation.  It is

FURTHER ORDERED that Plaintiff's motion for default judgment is stayed until damages can be determined at hearing pursuant to Fed. R. Civ. P. 55(b)(2)(B).  It is

FURTHER ORDERED that a hearing on damages is set on Thursday, May 8, 2008, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294.

DATED at Denver, Colorado, this   18th   day of March, 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court