IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00232-ZLW-KLM

LARRY L. GRAHAM,

    Plaintiff,

v.

TREATY OAK FINANCIAL CORPORATION n/k/a AFFILIATED FINANCIAL SERVICES CORPORATION,

    Defendant.

_____

**ORDER**
_____

This matter was before the Court on May 8, 2008, for a hearing on Plaintiff's Motion For Entry Of Default Judgment Pursuant To F.R.C.P. 55(b)(2) And Request For Hearing On Damages (Doc. No. 83). The Court heard the arguments and statements of counsel, and made oral conclusions of law and findings of fact which are incorporated herein by reference as if fully set forth.

Default was entered against Defendant on March 19, 2008.[1] The Court finds that due to this default, all allegations in Plaintiff's First Amended Complaint are deemed to be true.

The Court finds that Plaintiff has proven the following damages:

---

[1] Entry Of Default (Doc. No. 88).

1.) $273,288 in lost salary under the terms of the contract. Plaintiff was to earn $125,000 per year from the date of his termination, October 25, 2006, until December 31, 2008, the end of the Initial Term of the contract. (Remaining 2006 salary: 68 days x $125,000 ÷ 365 days = $23,288; 2007 x 2008 salary: $125,000 x 2 years = $250,000).

2.) $54,658 in lost benefits. Plaintiff's testimony indicated that the company matched 3% of salary in 401(k) contributions, provided approximately 2% of salary in insurance benefits, and provided approximately 15% of salary in health insurance benefits. ($273,288 total salary x 20% = $54,658).

3.) $100,000 in noneconomic damages caused by Defendant's retaliatory discharge in violation of public policy.

The Court finds that Plaintiff has obtained part-time employment in mitigation of damages that will pay him a total of $28,000 between November 2007 - December 2008, and these wages are deducted from the total damages.

The Court finds that Plaintiff has been previously awarded $17,432.28 in attorney fees and costs by Magistrate Judge Kristen L. Mix in response to Defendant's discovery violations.[2] Accordingly, it is

ORDERED that Plaintiff's Motion For Entry Of Default Judgment Pursuant To F.R.C.P. 55(b)(2) . . . (Doc. No. 83; Feb. 22, 2008) is granted. It is

---

[2]Order (Doc. No. 91; May 5, 2008).

FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 55(b), judgment by default hereby is entered in favor of Plaintiff Larry L. Graham and against Defendant Treaty Oak Financial Corporation n/k/a Affiliated Financial Services Corporation in the amount of $399,946 for damages and $17,432.28 for attorney fees and costs. It is

FURTHER ORDERED that, pursuant to 28 U.S.C. § 1961(a), post-judgment interest will accrue at a rate of 1.93% per annum. It is

FURTHER ORDERED that Plaintiff be awarded his costs upon the filing of a bill of costs within ten days of entry of judgment.

DATED at Denver, Colorado, this __8__ day of May, 2008.

BY THE COURT:

_/s/ Zita L. Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court